Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
JOSIAH ELLIOT MARQUEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S 04-0218 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING JUDGMENT |
| ) | AND SENTENCING DATE |
| v. ) | |
| ) | |
| JOSIAH ELLIOT MARQUEZ, *et al*., ) | |
| ) | |
| Defendants. ) | |

The parties hereby stipulate to the following:

1. This matter was previously set for judgment and sentencing on August 23, 2005, at 8:30 a.m.

2. The parties hereby stipulate that the judgment and sentencing date may be continued in order to afford the probation department additional time to prepare the presentence investigation report, and for counsel to review and comment upon the report. Thus, is hereby requested that the judgment and sentencing date be moved to **September 27, 2005, at 8:30** a.m. The following schedule is hereby adopted: the draft presentence investigation report will be available August 23, 2005; any informal objections concerning the proposed presentence investigation report will be due September 6, 2005; the final presentence report will be filed September 13, 2005; and any motion

1

for correction of the report will be filed September 20, 2005.  The US Probation Officer has been consulted concerning this schedule, and is in agreement therewith.

DATED: August 11, 2005         /s/ Tim Warriner
                               Attorney for defendant,
                               JOSIAH MARQUEZ

DATED: August 11, 2005         /s/ Phil Ferrari,
                               Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentencing date be continued to September 27, 2005, at 8:30 a.m., and that the August 23, 2005 court date be vacated.  The following schedule is adopted: the draft presentence investigation report will be available by August 23, 2005; any informal objections concerning the proposed presentence investigation report will be due September 6, 2005; the final presentence report will be filed September 13, 2005; and any motion for correction of the report will be filed September 20, 2005.

DATED: August 19, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE